JaVonne M. Phillips, Esq. SBN 187474
Joseph Chun, Esq. SBN 240208
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4810

Attorney for:
Cenlar FSB, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| IN RE: § | Case Number: 09-48280 L | |
| **Jay Phillip Nelsen** § | | |
| **Dawn Denise Nelsen** § | Chapter: 13 | |
| § | | |
| Debtors § | | |

**NOTICE OF APPEARANCE
PURSUANT TO BANKRUPTCY RULE 9010**

PLEASE TAKE NOTICE THAT following attorney represents Cenlar FSB, its assignees and/or successors, and the servicing agent Cenlar FSB, in the above referenced bankruptcy case:

**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
(877) 369-6122

Dated: 7/21/2011                                    McCarthy & Holthus, LLP

                                                    By: /s/ Joseph Chun, Esq.
                                                        Joseph Chun, Esq.,
                                                        Attorney for Cenlar FSB, its assignees and/or
                                                        successor

# CERTIFICATE OF SERVICE

On 7/22/2011, I served the foregoing documents described as NOTICE OF APPEARANCE on the following individuals by electronic means through the Court's ECF program

COUNSEL FOR DEBTOR
Patrick L. Forte
plforte@sonic.net

TRUSTEE
Martha G. Bronitsky
13trustee@oak13.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

        /s/ Cynthia Penaloza
        Cynthia Penaloza

On 7/22/2011, I served the foregoing documents described as **NOTICE OF APPEARANCE** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTORS
Jay Phillip Nelsen
524 Sonoma Ave.
Rodeo, CA 94572

Dawn Denise Nelsen
524 Sonoma Ave.
Rodeo, CA 94572

COUNSEL FOR DEBTORS
Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612

B-Line, LLC
P.O. Box 91121
Dept. 550
Seattle, WA 98111

TRUSTEE
Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

UNITED STATES TRUSTEE
1301 Clay St #690N
Oakland, CA 94612

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 7/22/2011 /s/ David Fry
David Fry