PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                        Case No. 09-48280 WJL

**JAY PHILLIP NELSEN and**                    Chapter 13
**DAWN DENISE NELSEN**
                                              **MOTION TO REOPEN CASE AND**
                    **Debtors.**              **REQUEST FOR WAIVER OF FEE**

_____/

  Counsel for Jay Phillip Nelsen & Dawn Denise Nelsen, Debtors herein, move the Court pursuant to 11 U.S.C. §350(b), for an order reopening Debtors' Chapter 13 case and waiving the fee to reopen the case.

  The Notice of Final Cure was filed by the Chapter 13 trustee's office on October 22, 2014. Therefore, the deadline for the creditor to respond was November 12, 2014. The deadline for the debtors to reply to the creditor's response to the Notice of Final Cure was 21 days after the creditor's reply. If there was no response by the creditor, the deadline for debtors to file a Motion to Preclude and Deem Current was 42 days after the trustee filed her Notice of Final Cure, therefore, December 3, 2014. However, the case was closed early in error on November 19, 2014, not in compliance with the timing

requirements of Bankruptcy Rule 3002.1 and did not allow sufficient time for all parties to respond.

When Debtors' counsel saw that the case had been closed, the clerk's office was contacted repeatedly asking them to rectify their error.  With no satisfactory response from the clerk's office, Debtors filed an ex parte motion to re-open the case on December 3, 2014.  The case was set for a status conference hearing on December 11, 2014 whereby the Honorable Judge Lafferty requested that the motion be served on all creditors with an oral order that it could be on shortened notice of 10 days.

WHEREFORE, Debtors request the court reopen the above-captioned case, the fee to reopen the case be waived and refunded, and that the ECF user login of ashiau no longer be disabled.

Dated: December 12, 2014                    /s/   Patrick L. Forte
                                            PATRICK L. FORTE
                                            Attorney for Debtors